1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| SYLVESTER G.,<br><br>           Plaintiff<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner<br>of Social Security,<br><br>        Defendant. | Case No. 2:20-cv-02842-GJS<br><br>JUDGMENT |

18
19
20
21
22
23
24

    Pursuant to the Court's Memorandum Opinion and Order,

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

25
26
27
28

DATED: June 15, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE