# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER HOYT GIVENS, | Case No.: 2:20-cv-02842-GJS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,700.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 16, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-